1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10    MARIO A. MELCHIONNE,                    1:15-cv-00602-LJO-BAM (HC)

11                 Petitioner,

12         v.                                 ORDER DENYING MOTION FOR
                                              APPOINTMENT OF COUNSEL
13    WARDEN BITER,
                                              (Document #18)
14                 Respondent.

15

16

17         Petitioner has requested the appointment of counsel.  There currently exists no

absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.
18
Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.
19
1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel
20
at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules
21
Governing Section 2254 Cases.  In the present case, the Court does not find that the interests
22
of justice require the appointment of counsel at the present time.  Accordingly, IT IS
23
HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED.
24

25    IT IS SO ORDERED.

26      Dated:    **November 2, 2015**              /s/ Barbara A. McAuliffe

27                                             UNITED STATES MAGISTRATE JUDGE

28

1