# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. MELCHIONNE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BITER, Warden,<br><br>　　　　　Respondent. | Case No. 1:15-cv-00602-DAD-SKO   HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Christian Pfeiffer has succeeded Martin Biter as warden of Kern Valley State Prison in Delano, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Christian Pfeiffer, Warden, Kern Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **June 16, 2016**                          /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1